**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Jeremy SLANE, Defendant/Appellant.**

**No. ED 76181.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 16, 2002.

Raymund J. Capelovitch, Assistant Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROBERT G. DOWD, JR., P.J. and MARY K. HOFF and GEORGE W. DRAPER III, JJ.

**ORDER**

PER CURIAM.

Defendant, Jeremy Slane, appeals from the judgment entered on a jury verdict finding him guilty of seventeen counts of first degree statutory sodomy in violation of section 566.062, RSMo 1994. He contends the trial court plainly erred in admitting testimony regarding uncharged crimes.

Having reviewed the briefs of the parties and the record on appeal, we conclude no plain error occurred. An extended opinion would serve no jurisprudential purpose. We have, however, provided the parties a memorandum opinion setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).